```
                                          USDS SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT              DOC #:
SOUTHERN DISTRICT OF NEW YORK             DATE FILED: 6-30-09
------------------------------------ X
ALLIANCE FOR OPEN SOCIETY            :
INTERNATIONAL, INC. et al.,          :
                                     :
                    Plaintiffs,      :    05 Civ. 8209
                                     :
    - against -                      :    ORDER
                                     :
UNITED STATES AGENCY FOR             :
INTERNATIONAL DEVELOPMENT et al.,    :
                                     :
                    Defendants.      :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

A review of the Docket Sheet for this case indicates that there has been no record of any proceedings or filings of any papers or correspondence with the Court since December 24, 2008. Accordingly, it is hereby

**ORDERED** that plaintiffs inform the Court, by July 8, 2009, of the status of the regulatory proceedings that had been considered arising out of the matters at issue in this litigation, and of plaintiffs' contemplation with regard to further prosecution of this action. In the event no timely response to this Order is received, the Court may dismiss the action without further notice for lack of prosecution.

**SO ORDERED.**

Dated:     New York, New York
           30 June 2009

                                          VICTOR MARRERO
                                          U.S.D.J.