

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*86 Chambers Street*
*New York, New York 10007*

By fax: 212.805.6382

October 22, 2014

The Honorable Victor Marrero
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Alliance for Open Society International, Inc. v. United States Agency for International Development*, 05 Civ. 8209 (VM)

Dear Judge Marrero:

This Office represents the defendants, the United States Agency for International Development and the Department of Health and Human Services (the "government"), in the above-named action. At the conference before the Court on October 16, 2014, Your Honor directed the parties to submit documents relevant to plaintiffs' proposed motion for an injunction by October 23, 2014. The government respectfully requests that the parties' deadline for such a submission be extended to October 30, 2014. We make this request in order to obtain a transcript of the conference, and to more adequately prepare our submission. Counsel for plaintiffs consents to this request.

Thank you for your consideration.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

cc: David Bowker, Esq. (by email)

SO ORDERED. Request GRANTED. The time for the parties to submit the materials referred to above is extended to 10-30-14.

DATE 10-22-14    VICTOR MARRERO, U.S.D.J.