UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————— x

ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., et al.

        Plaintiffs,                  05 Civ. 8209 (VM)

    v.                           **Notice of Motion**

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT et al.,

———————————————————————————— x

       PLEASE TAKE NOTICE that upon the accompanying memorandum of law and the declaration of Susan Keller Pascocello, defendants in the above-captioned action hereby move for a 14-day stay of the Court's order entered in this action January 30, 2015.

Dated:    New York, New York                    Respectfully submitted,
            February 4, 2015

                                              PREET BHARARA
                                              United States Attorney for the
                                              Southern District of New York
                                              Attorney for Defendants

                                By:   /s/ Benjamin H. Torrance
                                              BENJAMIN H. TORRANCE
                                              Assistant United States Attorney
                                              86 Chambers Street
                                              New York, New York 10007
                                              Telephone: 212.637.2703
                                              Fax: 212.637.2702
                                              E-mail: benjamin.torrance@usdoj.gov