```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., et al.

                Plaintiffs,             05 Civ. 8209 (VM)

        v.                              ORDER

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT et al.,

-------------------------------------x
```

Upon the application of the defendants, it is hereby ORDERED that the Court's Decision and Order granting a permanent injunction, entered in this action on January 30, 2015, is stayed for 14 days from the entry of this Order.

SO ORDERED.

Dated:  New York, New York
        February 5, 2015

                                        /s/ Victor Marrero
                                        VICTOR MARRERO, U.S.D.J.