# WILMERHALE

February 4, 2014

David W. Bowker

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

The Honorable Victor Marrero
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Alliance for Open Society International, Inc., et al. v. USAID, et al.*, 05 Civ. 8209 (VM)

Dear Judge Marrero:

I write on behalf of plaintiffs Alliance for Open Society International, Pathfinder International, InterAction and its members, and Global Health Council and its members ("Plaintiffs") in the above-referenced matter.

I write to respectfully alert the Court to the fact that its January 30, 2015 Decision and Order does not include InterAction in its list of plaintiffs. *See* ECF Doc. No. 118 at p.1 ("Plaintiffs Alliance for Open Society International ('AOSI'), Open Society Institute ('OSI'), Pathfinder International ('Pathfinder'), and Global Health Council ('GHC') (collectively 'Plaintiffs') brought action against defendants...."). I believe this omission was an oversight. With this Court's permission, the Second Amended Complaint, filed on August 18, 2008, added InterAction as a plaintiff. *See* ECF Doc. No. 84; *see also* ECF Doc. No. 83 (Decision and Order granting leave to file Second Amended Complaint adding InterAction as a plaintiff). Accordingly, Plaintiffs respectfully request that this Court issue an amended version of its January 30, 2015 Decision and Order that names InterAction as a plaintiff.

Counsel for the defendants consents to this request.

Plaintiffs would welcome the opportunity to provide any additional information the Court may require.

Respectfully submitted,

/s/ David Bowker / JDH

David W. Bowker

cc:   Ben Torrance, esq.

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiffs.

SO ORDERED.

2-5-15
DATE

VICTOR MARRERO, U.S.D.J.

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington