```
                                         DOCUMENT
                                         ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT             DOC #
SOUTHERN DISTRICT OF NEW YORK            DATE FILED: 2/10/15
------------------------------------X
ALLIANCE FOR OPEN SOCIETY           :
INTERNATIONAL, INC. ET AL.,         :    05 Civ. 8209 (VM)
                                    :
            Plaintiffs,             :    AMENDED ORDER
                                    :
     -against-                      :
                                    :
UNITED STATES AGENCY FOR            :
INTERNATIONAL DEVELOPMENT ET. AL.,  :
                                    :
            Defendants.             :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In the Decision and Order issued by this Court on January 30, 2015 (Dkt. No. 118), the "Introduction" section inadvertently omitted InterAction as one of the plaintiffs in this case. InterAction was added as a plaintiff in the Second Amended Complaint, filed on August 18, 2008 (Dkt. No. 84), in accordance with a Decision and Order issued by this Court granting leave to add InterAction as a plaintiff. (Dkt. No. 83.) Accordingly, it is hereby

**ORDERED** that the "Introduction" section on page one (1) of this Court's Decision and Order dated January 30, 2015 (Dkt. No. 118) be amended to state "Plaintiffs Alliance for Open Society International ("AOSI"), Open Society Institute ("OSI"), Pathfinder International ("Pathfinder"), InterAction ("InterAction"), and Global Health Council ("GHC") (collectively "Plaintiffs") brought action against defendants,

the United States Agency for International Development ("USAID"), the United States Department of Health and Human Services ("HHS"), and the United States Centers for Disease Control and Prevention ("CDC") (collectively "Defendants," or the "Agencies," or the "Government")."

**SO ORDERED.**

Dated:   New York, New York
         February 10, 2015

                                   Victor Marrero
                                      U.S.D.J.