UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



———————————————————————— x

ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC., et al.

        Plaintiffs,

    v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT et al.,

———————————————————————— x

05 Civ. 8209 (VM)

**ORDER**

    Upon the application of the defendants and with the consent of plaintiffs, it is hereby ORDERED that the Court's Decision and Order granting a permanent injunction, entered in this action on January 30, 2015, is stayed until and through March 23, 2015.

    SO ORDERED.

Dated:  New York, New York
        February 19, 2015

                                    VICTOR MARRERO, U.S.D.J.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

By fax: 212.805.6382   February 18, 2015

The Honorable Victor Marrero
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Alliance for Open Society International, Inc. v. United States Agency for International Development*, 05 Civ. 8209 (VM)

Dear Judge Marrero:

This Office represents the defendants, the United States Agency for International Development and the Department of Health and Human Services (the "government"), in the above-named action. We write respectfully to request an extension of the stay of the Court's permanent injunctive order dated January 30, 2015 (the "Order"), for an additional 30 days (until March 23, 2015). We request the extension of the stay to permit the government to consider how to proceed in this action, and to explore possible resolution of this action in discussion with plaintiffs. Plaintiffs consent to this request. Accordingly, we respectfully request that the Court enter the enclosed proposed order.

Thank you for your consideration.

Respectfully,

PREET BHARARA
United States Attorney

By: _____
BENJAMIN H. TORRANCE
Assistant United States Attorney
Telephone: 212.637.2703
Fax: 212.637.2702
E-mail: benjamin.torrance@usdoj.gov

cc: David Bowker, Esq. (by ~~email~~ fax)