UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

ALLIANCE FOR OPEN SOCIETY
INTERNATIONAL, INC. et al.,

                Plaintiffs,

            v.

UNITED STATES AGENCY FOR
INTERNATIONAL DEVELOPMENT et al.,

                Defendants.
------------------------------------------------------------ x

05 Civ. 8209 (VM)

**Notice of Appeal**

      Notice is hereby given that all defendants in the above-named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this action on January 30, 2015, granting an injunction.

Dated:  New York, New York
          March 30, 2015

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:   /s/ Benjamin H. Torrance
       BENJAMIN H. TORRANCE
       Assistant United States Attorney
       86 Chambers Street
       New York, New York   10007
       Telephone: 212.637.2703
       Fax: 212.637.2702
       E-mail: benjamin.torrance@usdoj.gov

TO:    Clerk of Court
       United States Court of Appeals for the Second Circuit
       United States Courthouse
       500 Pearl Street
       New York, New York   10007

       David Bowker, Esq.
       Wilmer Cutler Pickering Hale & Dorr, LLP
       Attorney for Plaintiffs
       1875 Pennsylvania Avenue NW
       Washington, DC   20006